UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RBR GLOBAL, LLC, *et al.*,                                             :
                                                                       :
                                   Plaintiffs,                          :
                                                                       :          25 Civ. 8381 (JPC)
                  -v-                                                   :
                                                                       :              ORDER
BFG 108, LLC, *et al.*,                                                :
                                                                       :
                                   Defendants.                         :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 12, 2025, Plaintiffs served Defendants Banana Marketplace LLC, BFG 108, LLC, and Highmore Group Advisors LLC, with copies of the Summons, initial Complaint, Corrected Complaint, and First Amended Complaint. Dkts. 14-16. Those Defendants' deadline to respond to the First Amended Complaint was therefore December 3, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). On November 14, 2025, Plaintiffs served Defendant Texas First Capital Fund I, Inc., with copies of the Summons, initial Complaint, Corrected Complaint, and First Amended Complaint. Dkt. 18. The deadline to respond to the First Amended Complaint for Texas First Capital Fund I, Inc., was therefore December 5, 2025. On November 15, 2025, Plaintiffs served Defendant Dipak Jogia. Dkt. 17. Jogia's deadline to respond to the First Amended Complaint was therefore December 8, 2025. On November 21, 2025, Plaintiffs served Defendant Harney Partners LLC, so its deadline to respond to the First Amended Complaint was December 12, 2025. Dkt. 9. Finally, Plaintiffs served Defendant Tim Monahan on December 8, 2025, Dkt. 20, so Monahan's deadline to respond to the First Amended Complaint is December 29, 2025.

With the exception of Harney Partners LLC and Monahan, none of the Defendants has appeared in this action. Accordingly, the Court extends *sua sponte* the remaining Defendants'

deadline to respond to the First Amended Complaint until December 29, 2025.  If Defendants once again fail to respond to the First Amended Complaint by that deadline, Plaintiffs shall seek Certificates of Default by January 5, 2026.

Plaintiffs are directed to mail a copy of this Order by First Class Mail to the addresses at which each Defendant was served with the Summons and First Amended Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: December 16, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge

2