UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                               :
RBR GLOBAL, LLC, *et al.*,               :
                               :
               Plaintiffs,     :
                               :          25 Civ. 8381 (JPC)
           -v-                   :
                               :              <u>ORDER</u>
BFG 108, LLC, *et al.*,               :
                               :
               Defendants.    :
                               :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Five Defendants—Harney Partners LLC, also known as HMP Advisory Holdings, LLC ("HMP"), Banana Marketplace LLC, and BFG 108, LLC (collectively, the "LLC Defendants"), along with Tim Monahan and Dipak Jogia (collectively with the LLC Defendants, the "Five Defendants")—previously filed purportedly *pro se* responses to the Amended Complaint. The LLC Defendants filed Answers, Dkts. 26-28, while Monahan and Jogia filed motions to dismiss, Dkts. 29-30. Having now retained counsel, the Five Defendants now seek to withdraw those responses. Dkts. 31, 34, 36. On December 9, 2025, the Five Defendants served their respective pleadings on Plaintiffs' counsel by first-class mail. Dkt. 26 (HMP Answer) at 13; Dkt. 27 (Banana Marketplace LLC Answer) at 13; Dkt. 28 (BFG 108, LLC Answer) at 13; Dkt. 29 (Monahan Motion to Dismiss) at 7; Dkt. 30 (Jogia Motion to Dismiss) at 7. These pleadings were received by the Clerk of Court on December 16, 2025, and filed on the docket.

On December 11, 2025, after the Five Defendants mailed their pleadings but before they were received by the Pro Se Office, attorney Elyse Schindel filed notices of appearance as counsel on behalf of HMP and Monahan. *See* Dkts. 21, 22. On December 17, 2025, Ms. Schindel filed a letter-motion to strike or withdraw her clients' pleadings and to file new responses to the Amended

Complaint by December 29, 2025. Dkt. 31 at 3. Ms. Schindel stated that HMP and Monahan "did not authorize these documents to be filed on their behalf," and did not send them to the Court. *Id.*[1] On December 18, 2025, she also filed a "Notice of Withdrawal" of her clients' pleadings. Dkt. 36. Plaintiffs oppose the letter-motion, stating that the filings were "the product of Defendants' own affirmative conduct," and that Plaintiffs would be prejudiced by striking them from the docket because Plaintiffs have begun composing a brief in opposition to Monahan's motion to dismiss. Dkt. 32 ("Opposition") at 1-2.

Also on December 17, 2025, attorney Richard Perr filed a notice of appearance as counsel on behalf of BFG 108, LLC, Banana Marketplace LLC, Highmore Group Advisors LLC, and Jogia. Dkt. 33. That same day, he submitted a "Notice of Withdrawal" of the answers filed by BFG 108, LLC and Banana Marketplace LLC, and of Jogia's motion to dismiss. Dkt. 34.

A limited liability company ("LLC") "may appear in federal court only through a licensed attorney." *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (denying without prejudice an LLC's motion because it was not represented by counsel); *see* 28 U.S.C. § 1654. Because only a licensed lawyer may represent an LLC, the filings submitted on behalf of the LLC Defendants before they retained counsel are invalid. *See* Dkts. 26-28. In addition, Plaintiffs have not demonstrated any prejudice with respect to the LLC Defendants' answers. *See generally* Opposition at 2 (alleging prejudice due to Monahan's motion but not the LLC Defendants' answers). Therefore, the Court strikes the LLC Defendants' answers at Docket Numbers 26 through 28 as immaterial. *See* Fed. R. Civ. P. 12(f).

---

[1] The filings in question appear to contradict this claim. HMP's submission includes a certificate of service signed electronically by James G. Keane, who represented that he is HMP's Chief Operating Officer, Dkt. 26 at 13, and an envelope addressed to the Pro Se Intake Unit with a return address listing Tim Monahan and a mailing address, *id.* at 14. Monahan's submission includes a certificate of service that Monahan signed electronically, Dkt. 29 at 7, and an envelope addressed to the Pro Se Intake Unit with the same return address information as on HMP's envelope, *id.* at 8.

Individuals may represent themselves *pro se*. Monahan and Jogia, therefore, appear to have served operative motions to dismiss on Plaintiffs' counsel on December 9, 2025. *See* Dkts. 29 at 7, 30 at 7; *see also* Fed. R. Civ. P. 5(b) (providing that service is "complete upon mailing"). However, given the appearance of counsel, their prompt requests to withdraw the *pro se* filings, and the negligible prejudice to Plaintiffs after only two days, the Court strikes Monahan's and Jogia's motions at Docket Numbers 29 and 30.

Jogia, BFG 108, LLC, Banana Marketplace LLC, and Highmore Group Advisors LLC, through their counsel, have requested an extension of their deadline to respond to the Amended Complaint to January 28, 2026. Dkt. 35. The Court grants that request. Accordingly, Jogia, BFG 108, LLC, Banana Marketplace LLC, and Highmore Group Advisors LLC shall respond to the Amended Complaint no later than January 28, 2026.

The deadline for HMP to respond to the Amended Complaint remains December 29, 2025, pursuant to the Court's Order dated December 16, 2025, Dkt. 24. Monahan was served with the Amended Complaint on December 8, 2025, so his deadline to respond remains December 29, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

Because one Defendant, Texas Capital Fund I, Inc., has yet to appear, Plaintiffs shall, within two business days, mail a copy of this Order by First Class Mail to the address at which Texas Capital Fund I, Inc., was served with the Summons and First Amended Complaint, and to file proof of service on the docket within two days of such service. Plaintiffs also are reminded of their obligation to serve the Court's December 16, 2025 Order and to file proof of service of that Order. Dkt. 25 at 2.

The Clerk of Court is respectfully directed to strike Docket Numbers 26, 27, 28, 29, and 30, and to close Docket Numbers 31 and 35.

      SO ORDERED.

Dated:  December 18, 2025
       New York, New York

                                  JOHN P. CRONAN
                        United States District Judge

4