UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

RBR GLOBAL, LLC, *et al.*,                :

                          :

             Plaintiffs,      :

                          :        25 Civ. 8381 (JPC)

       -v-                  :

                          :         ORDER

BFG 108, LLC, *et al.*,            :

                          :

             Defendants.    :

                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 19, 2025, Plaintiffs filed a notice indicating that Defendant Texas First Capital Fund I, Inc., filed for Chapter 7 bankruptcy on December 5, 2025. Dkt. 38 at 2. By January 8, 2026, Plaintiffs shall submit a letter, no longer than two pages, advising how Texas First Capital Fund I, Inc.'s bankruptcy affects these proceedings. Any Defendant who seeks to respond to Plaintiffs' letter may do so by submitting a letter, no longer than two pages, by January 12, 2026.

      SO ORDERED.

Dated: December 23, 2025
      New York, New York                             _____

                                                JOHN P. CRONAN
                                    United States District Judge