**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RBR GLOBAL, LLC AND VISCONTI
MORTGAGE COMPANY, LLC,
           **Plaintiffs,**

-against-

BFG 108, LLC, BANANA
MARKETPLACE LLC, d/b/a BANANA
FUNDING GROUP, HIGHMORE
GROUP ADVISORS LLC, DIPAK
JOGIA, HARNEY PARTNERS LLC,
TIM MONAHAN and TEXAS FIRST
CAPITAL FUND I, INC.,
           **Defendants.**

:
:
:  **No. 1:25-cv-08381-JPC**
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Defendants' motion to withdraw their motion to transfer venue and stay the case at Dkt. No. 62 is GRANTED.

The Clerk of the Court is respectfully directed to close Dkt. Nos. 56 and 62.

SO ORDERED   3/25/26

_____
SARAH L. CAVE
United States Magistrate Judge

**DEFENDANTS BFG 108 LLC, BANANA MARKETPLACE LLC d/b/a BANANA
FUNDING GROUP, HIGHMORE GROUP ADVISORS LLC, AND DIPAK JOGIA'S
UNOPPOSED MOTION FOR LEAVE TO WITHDRAW ITS MOTION TO TRANSFER
VENUE AND STAY THE CASE**

Defendants BFG 108 LLC, Banana Marketplace LLC d/b/a Banana Funding Group,

Highmore Group Advisors LLC, and Dipak Jogia (collectively the "Defendants") respectfully

seek leave from this Court to withdraw its previously filed Motion to Transfer Venue and Stay

the Case (Doc. 57) and, in support of its request, states as follows:

1.      On February 24, 2026, Defendants filed their Motion to Transfer Venue and Stay

the Case ("Motion") (Doc. 57) pursuant to this Court's Order dated February 18, 2026 (Doc. 55).

2.      On March 5, 2026, the United States District Court for the Western District of

Oklahoma dismissed matter of *Texas First Capital I v. RBR Global, LLC, et al.* (5:25-cv-00082-

PRW) ("the Oklahoma matter") upon which Defendants' Motion was based, thereby mooting the

1

premise of Defendants' Motion.  A copy of the Order dismissing the Oklahoma matter is attached hereto and incorporated by reference herein as Exhibit A.

3.      To the extent that the Order dismissing the Oklahoma matter mooted the basis of Defendants' Motion, Defendants respectfully seek leave to withdraw their Motion.  *See generally Walston v. City of New York*, No. , 2023 WL 3570970, at *2 (S.D.N.Y. May 19, 2023) ("Once a motion is submitted to a court, the motion 'may be withdrawn only if the court consents.'" (quoting Roger S. Haydock, Motion Practice § 3.13 at 3-34 (7th ed. 2016))).

4.      Defendants counsel has conferred with counsel for the Plaintiffs who has indicated that Plaintiffs consent to the withdrawal of the Defendants' Motion to Transfer Venue and Stay the Case, as well as the contents of the present motion.

WHEREFORE all premises considered, the Defendants respectfully request that this honorable Court grant the Defendants leave to withdraw their Motion to Transfer Venue and Stay the Case and for any and all other relief that this honorable Court deems just and proper.

Dated: March 24, 2026

**KAUFMAN DOLOWICH LLP**

By      /s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kaufmandolowich.com
Attorneys for Defendants BFG 108, LLC, Banana
Marketplace, d/b/a Banana Funding Group,
Highmore Group Advisors, LLC and Dipak Jogia

2