UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RBR Global, LLC, et al.,<br><br>          Plaintiffs,<br><br> -v-<br><br>BFG 108, LLC, et al.,<br><br>          Defendants. | CIVIL ACTION NO. 25 Civ. 8381 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Based on the withdrawal of Defendants' motion to transfer and stay the case (Dkt. No. 63), the Court expects the parties to proceed with discovery. A telephonic discovery status conference is scheduled for **Wednesday, June 10, 2026 at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time. By **Thursday, June 4, 2026**, the parties shall file a joint status letter, not to exceed 750 words, identifying any discovery issues ripe for the Court's attention at that time.

Dated:      New York, New York
             March 26, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**