UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBR Global, LLC, et al.,

Plaintiffs,

-v-

BFG 108, LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8381 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the Telephonic Conference held today, May 12, 2026, the Court ORDERS as follows:

1. In anticipation of the **June 10, 2026** telephonic conference at **2:15 p.m** (see Dkt. No. 64), by **Friday, June 5, 2026**, the parties shall file a joint status letter, not to exceed 750 words, identifying any discovery issues ripe for the Court's attention at that time.

2. By **Friday, May 15, 2026**, the parties shall order a copy of the transcript of today's conference using the annexed form.

Dated:     New York, New York
           May 12, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|