UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBR GLOBAL, LLC, *et al.*,

Plaintiffs,

-v-

BFG 108, LLC, *et al.*,

Defendants.

BFG 108, LLC, *et al.*,

Counterclaim-Plaintiffs,

-v-

RBR Global, LLC,

Counterclaim-Defendant.

BFG 108, LLC,

Third-Party Plaintiff,

-v-

RICHARD DIBIASE and RAYMOND CARAPELLA,

Third-Party Defendants.

25 Civ. 8381 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On August 4, 2026, Third-Party Defendant Raymond Carapella filed a motion to dismiss the Third-Party Complaint. Dkt. 105. On August 6, 2026, Plaintiff and Counterclaim-Defendant RBR Global, LLC filed a partial motion to dismiss the Amended Counterclaims. Dkt. 108. Under Rule 6.A of the Court's Individual Rules and Practices in Civil Cases, "a party seeking to file a motion must submit a pre-motion letter in accordance with [Rule] 1.A . . . notifying the Court of its anticipated motion, summarizing the basis for the anticipated motion, and proposing a briefing schedule." Carapella nor RBR Global, LLC failed to submit a pre-motion letter before filing their respective motions.

Accordingly, the Court denies Carapella's and RBR Global, LLC's motions without prejudice and extends their respective deadlines to respond to the Third-Party Complaint[1] and Amended Counterclaims until August 17, 2026, in accordance with the undersigned's Individual Rules and Practices in Civil Cases. Pursuant to Rule 6.A, "[a]ll parties served with the pre-motion letter must submit a letter response, also not to exceed three pages . . ., within three business days from the submission of the pre-motion letter."

The Clerk of Court is respectfully directed to close Docket Numbers 105 and 108.

SO ORDERED.

Dated: August 10, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

[1] Carapella fashioned his filing as a motion to dismiss the Third-Party Complaint. Dkt. 105. On July 29, 2026, Third-Party Plaintiff BFG 108 LLC filed an Amended Third-Party Complaint. Dkt. 99. In his pre-motion letter, Carapella shall advise whether his motion seeks to dismiss the Amended Third-Party Complaint rather than the initial one.