UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RBR GLOBAL, LLC, *et al.*,

Plaintiffs,

-v-

BFG 108, LLC, *et al.*,

Defendants.

---

BFG 108, LLC, *et al.*,

Counterclaim-Plaintiffs,

-v-

RBR Global, LLC,

Counterclaim-Defendant.

---

BFG 108, LLC,

Third-Party Plaintiff,

-v-

RICHARD DIBIASE and RAYMOND CARAPELLA,

Third-Party Defendants.

---

25 Civ. 8381 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On August 28, 2026 at 11:00 a.m., the parties shall appear before the undersigned for a Webex conference with respect to (1) the August 11, 2026 letter filed by RBR Global, Dkt. 111; (2) the August 14, 2026 letter filed by BFG 108, LLC, Banana Marketplace LLC, Highmore Group Advisors LLC, and Dipak Jogia, Dkt. 113; and (3) the August 18, 2026 letter filed by Raymond Carapella, RBR Global, LLC, and Visconti Mortgage Company, LLC, Dkt. 115. At the scheduled time, counsel should call (855) 244-8681, access code 2302 755 2307.

SO ORDERED.

Dated: August 20, 2026
New York, New York

JOHN P. CRONAN
United States District Judge