UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBR Global, LLC, et al.,

Plaintiffs,

-v-

BFG 108, LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8381 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the order of the Honorable John P. Cronan at Dkt. No. 117, the telephonic discovery conference scheduled before the undersigned on August 28, 2026 at 11:00 a.m. ET is **ADJOURNED** to **September 9, 2026 at 4:00 p.m. ET** on the Court's conference line. (Dkt. No. 112). The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time. The conference before Judge Cronan on August 28, 2026 remains in place. (Dkt. No. 117).

Dated: New York, New York
August 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**