UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBR GLOBAL, LLC, *et al.*,

Plaintiffs,

-v-

BFG 108, LLC, *et al.*,

Defendants.

BFG 108, LLC, *et al.*,

Counterclaim-Plaintiffs,

-v-

RBR Global, LLC,

Counterclaim-Defendant.

BFG 108, LLC,

Third-Party Plaintiff,

-v-

RICHARD DIBIASE and RAYMOND CARAPELLA,

Third-Party Defendants.

25 Civ. 8381 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

For the reasons stated at the August 28, 2026 conference, the Court dismisses the Third Party Complaint without prejudice. The Clerk of Court is respectfully directed to terminate Richard DiBiase and Raymond Carapella as parties in this action.

SO ORDERED.

Dated: August 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge