UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBR Global, LLC, et al.,

Plaintiffs,

-v-

BFG 108, LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8381 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephone conference held September 9, 2026 (the "Sept. 9 Conference"), the Court **ORDERS** as follows:

1. By **September 14, 2026,** the parties shall order a copy of the Sept. 9 Conference transcript using the annexed form.
2. By **September 18, 2026**:
   a. The Defendants BFG 108, LLC, Banana Marketplace LLC, Highmore Group Advisors LLC ("Highmore"), and Dipak Jogia (together, "BFG") shall provide Plaintiffs RBR Global, LLC and Visconti Mortgage Company, LLC ("RBR"): (i) the privilege log discussed during the Sept. 9 Conference; (ii) the outcome of double checking the accounting records relating to the judgments discussed during the Sept. 9 Conference; and (iii) BFG's decision whether to produce any of Highmore's bank statements showing responsive transactions or transfers.
   b. RBR shall re-produce the bates stamped documents discussed during the Sept. 9 Conference;

c. Defendants Harney Partners LLC and Tim Monahan ("Harney") shall provide RBR the privilege log discussed during the Sept. 9 Conference.

3. By **September 28, 2026** at **5:00 p.m. ET**, the parties shall file a joint status letter, not to exceed 750 words, regarding: (i) any remaining issues pertaining to document production; (ii) the status of scheduling depositions; and (iii) any other discovery issues ripe for the Court's attention at that time.

4. A telephonic discovery status conference is scheduled for **September 30, 2026** at **12:00 p.m. ET**, on the Court's conference line (the "Sept. 30 Conference"). The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

5. Before the Sept. 30 Conference, the parties shall begin exchanging dates for the depositions discussed during the Sept. 9 Conference.

Dated: New York, New York
September 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL