UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBR Global, LLC, et al.,

Plaintiffs,

-v-

BFG 108, LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8381 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephone conference held today, September 30, 2026 (the "Conference"), the Court **ORDERS** as follows:

1. By **October 2, 2026,** the parties shall order a copy of the Conference transcript using the annexed form.
2. By **October 5, 2026,** BFG 108, LLC, Banana Marketplace LLC, Highmore Group Advisors LLC, and Dipak Jogia (together, "BFG") shall inform Plaintiffs RBR Global, LLC and Visconti Mortgage Company, LLC (together, "RBR") of:
    a. The status of BFG's production of bank statements and other documents RBR has requested; and
    b. BFG's position as to the issues RBR has raised about BFG's privilege log.
3. By **October 7, 2026,** RBR shall file a letter (the "RBR Letter"), not to exceed 1050 words, regarding the privilege log (the "Harney Privilege Log") of Defendants Harney Partners LLC and Tim Monahan ("Harney").
4. By **October 14, 2026,** Harney shall:

a. File a letter, not to exceed 1050 words, responding to the RBR Letter and attaching the Harney Privilege Log; and

b. Provide to the Court for in camera review, via the Court's file share link, 20 exemplars Harney and RBR have selected according to the Court's instructions set forth during the Conference (the "Exemplars"). The Court will provide Harney's counsel with the file share link to upload the Exemplars.

5. By **October 23, 2026 at 5:00 p.m. ET**, the parties shall file a joint status letter, not to exceed 750 words, regarding the status of discovery and any discovery issues ripe for the Court's attention.

6. A telephonic discovery status conference is scheduled for **October 28, 2026** at **2:00 p.m. ET**, on the Court's conference line (the "Conference"). The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
September 30, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL