UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBR GLOBAL, LLC, et al.,

Plaintiff,

-against-

BFG 108, LLC, et al.,

Defendant.

CIVIL ACTION NO.: 25 Civ. 8381 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 130, Plaintiffs RBR Global, LLC and Visconti Mortgage Company, LLC (together, "RBR") were required to "file a letter (the "RBR Letter"), not to exceed 1050 words, regarding the privilege log (the "Harney Privilege Log") of Defendants Harney Partners LLC and Tim Monahan ("Harney")" by October 7, 2026. (Dkt. No. 130 ¶ 3). To date, RBR has not filed the RBR Letter.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for RBR to file the RBR Letter up to and including **October 12, 2026**.

The Court also **EXTENDS** Harney's requirement to "[f]ile a letter, not to exceed 1050, responding to the RBR Letter and attaching the Harney Privilege Log" and to "[p]rovide to the Court, for in camera review, via the Court's file share link, 20 exemplars [(the "Exemplars")] Harney and RBR have selected" to **October 19, 2026**. (Dkt. No. 130 ¶ 4). The Court will provide Harney's counsel with the file share link to upload the Exemplars.

Dated: New York, New York
October 8, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**