**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

RBR GLOBAL, LLC AND VISCONTI MORTGAGE COMPANY, LLC,

Plaintiffs,

-against-

BFG 108, LLC, BANANA MARKETPLACE LLC, d/b/a BANANA FUNDING GROUP, HIGHMORE GROUP ADVISORS LLC, DIPAK JOGIA, HARNEY PARTNERS LLC, TIM MONAHAN and TEXAS FIRST CAPITAL FUND I, Inc.,

Defendants.

---------------------------------------------------------------------X

Case No.: 1:25-cv-08381-JPC

**STIPULATION EXTENDING CLOSE OF DISCOVERY AND [PROPOSED] ORDER**

**TO THE HONORABLE COURT:**

The Parties, QUINTAIROS, PRIETO, WOOD & BOYER, P.A. for Plaintiffs, KAUFMAN DOLOWICH LLP for the BFG Defendants, and LONDON FISCHER LLP for the HMP Defendants (collectively, "the Parties"), by and through their respective counsel of record, hereby agree to enter into the following Stipulation to extend the discovery cut-off by 120 days. Good cause exists for a short extension.

**WHEREAS**, the discovery in this case is ordered to be completed no later than November 16, 2026;

**WHEREAS**, following the Parties' September 30, 2026 meet-and-confer conference, the BFG Defendants continued searching for documents responsive to Plaintiffs' requests. On October 13, 2026, their counsel reported identifying additional bank-related documents, together with settlement agreements, judgments, merchant letters, payment authorizations, and approximately 550 merchant emails comprising thousands of pages. BFG Defendant's counsel is reviewing these materials and comparing the bank records against previously produced

spreadsheets to assess completeness. Likewise, the HMP Defendants are continuing to search for documents responsive to Plaintiffs' requests.

**WHEREAS** third-party discovery from Dedicated Financial GBC ("Dedicated") remains outstanding. Despite an extension of its subpoena response deadline to October 9, 2026, Dedicated advised on October 13 that it would begin producing documents on a rolling basis but provided no firm completion date. Dedicated's General Counsel further stated that production of responsive financial records would require additional time because Dedicated has a one-person accounting team.

**WHEREAS** the Parties strive to complete production, review substantial additional materials, address any remaining deficiencies, and complete related deposition and follow-up discovery.

**WHEREAS** the Parties agree to the below amendments to the February 18, 2026 Scheduling Order:

1. **Trial:** Parties request a trial in September 2027.
2. **Depositions:** Shall be completed by January 30, 2027, and limited to no more than ten (10) depositions per party. Absent an agreement between the parties or an Order from the Court, nonparty depositions shall follow be completed by December 17, 2026.
3. **Experts:** Parties shall disclose expert witnesses by February 16, 2027, in accordance with Fed. R. Civ. P. 26(a)(2).
4. **Trial Witnesses:** Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify by April 15, 2027.
5. **Close of Discovery:** All discovery shall be completed by March 16, 2027.

6. **Pretrial Motions:** All Pretrial Motions, including summary judgment motions and Daubert motions, and motions in limine shall be filed by May 17, 2027.

7. **Joint Pretrial Stipulation:** Joint Pretrial Stipulation shall be filed by June 15, 2027. Designations of deposition testimony shall be made.

8. **Objections to designations:** Objections to designations of deposition testimony shall be filed by July 1, 2027. Late designations shall not be admissible absent exigent circumstances.

9. **Jury Instruction/Proposed Findings of Fact and Conclusions of Law:** By July 8, 2027, Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed.

## JOINT STIPULATION

By this Joint Stipulation, the Parties agree to the following:

1. The Parties agree to extend the Discovery cut-off to March 16, 2027.
2. The Parties agree to the aforementioned proposed amendment to the Joint Scheduling Order.
3. No Party will suffer prejudice as a result of the aforementioned extensions.
4. The proposed extension has been stipulated by all Parties.
5. The Parties respectfully request that the Court enter the [Proposed] Order pursuant to the terms of this Stipulation.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| _/s/ Anthony D. Green_ | _/s/ Richard J. Perr_ | _/s/ Anthony C. Varbero_ |
| LONDON FISCHER LLP<br>Anthony D. Green<br>Counsel for the HMP Defendants | KAUFMAN DOLOWICH LLP<br>Richard J. Perr<br>Counsel for the BFG Defendants | QUINTAIROS, PRIETO, WOOD & BOYER, P.A.<br>Anthony C. Varbero<br>Counsel for Plaintiffs |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on October 15, 2026 a true and correct copy of the **STIPULATION EXTENDING CLOSE OF DISCOVERY AND [PROPOSED] ORDER** was served to all parties electronically via ECF.

*/s/ Kimberly Javier*
Kimberly Javier, Esq.

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

RBR GLOBAL, LLC AND VISCONTI MORTGAGE COMPANY, LLC,

Plaintiffs,

-against-

BFG 108, LLC, BANANA MARKETPLACE LLC, d/b/a BANANA FUNDING GROUP, HIGHMORE GROUP ADVISORS LLC, DIPAK JOGIA, HARNEY PARTNERS LLC, TIM MONAHAN and TEXAS FIRST CAPITAL FUND I, Inc.,

Defendants.

----------------------------------------------------------------------X

Case No.: 1:25-cv-08381-JPC

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the Stipulation filed by the Parties and enters the following Amended Joint Scheduling Order pursuant to its terms:

1. **Trial:** Parties request a trial in September 2027.
2. **Depositions:** Shall be completed by January 30, 2027, and limited to no more than ten (10) depositions per party. Absent an agreement between the parties or an Order from the Court, nonparty depositions shall follow be completed by December 17, 2026.
3. **Experts:** Parties shall disclose expert witnesses by February 16, 2027, in accordance with Fed. R. Civ. P. 26(a)(2).
4. **Trial Witnesses:** Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify by April 15, 2027.
5. **Close of Discovery:** All discovery shall be completed by March 16, 2027.

6. **Pretrial Motions:** All Pretrial Motions, including summary judgment motions and Daubert motions, and motions in limine shall be filed by May 17, 2027.
7. **Joint Pretrial Stipulation:** Joint Pretrial Stipulation shall be filed by June 15, 2027. Designations of deposition testimony shall be made.
8. **Objections to designations:** Objections to designations of deposition testimony shall be filed by July 1, 2027. Late designations shall not be admissible absent exigent circumstances.
9. **Jury Instruction/Proposed Findings of Fact and Conclusions of Law:** By July 8, 2027, Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed.

All other deadlines set forth in the February 18, 2026 Scheduling Order will remain in effect.

SO ORDERED.

____________________________________

The Hon. Sarah L. Cave
United States Magistrate Judge