**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

RBR GLOBAL, LLC AND VISCONTI MORTGAGE COMPANY, LLC,

Plaintiffs,

-against-

BFG 108, LLC, BANANA MARKETPLACE LLC, d/b/a BANANA FUNDING GROUP, HIGHMORE GROUP ADVISORS LLC, DIPAK JOGIA, HARNEY PARTNERS LLC, TIM MONAHAN and TEXAS FIRST CAPITAL FUND I, Inc.,

Defendants.

---------------------------------------------------------------------X

Case No.: 1:25-cv-08381-JPC

**~~[PROPOSED]~~ ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the Stipulation filed by the Parties and enters the following Amended Joint Scheduling Order pursuant to its terms:

1. **Trial:** Parties request a trial in September 2027.
2. **Depositions:** Shall be completed by January 30, 2027, and limited to no more than ten (10) depositions per party. Absent an agreement between the parties or an Order from the Court, nonparty depositions shall follow be completed by December 17, 2026.
3. **Experts:** Parties shall disclose expert witnesses by February 16, 2027, in accordance with Fed. R. Civ. P. 26(a)(2).
4. **Trial Witnesses:** Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify by April 15, 2027.
5. **Close of Discovery:** All discovery shall be completed by March 16, 2027.

6. **Pretrial Motions:** All Pretrial Motions, including summary judgment motions and Daubert motions, and motions in limine shall be filed by May 17, 2027.
7. **Joint Pretrial Stipulation:** Joint Pretrial Stipulation shall be filed by June 15, 2027. Designations of deposition testimony shall be made.
8. **Objections to designations:** Objections to designations of deposition testimony shall be filed by July 1, 2027. Late designations shall not be admissible absent exigent circumstances.
9. **Jury Instruction/Proposed Findings of Fact and Conclusions of Law:** By July 8, 2027, Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed.

All other deadlines set forth in the February 18, 2026 Scheduling Order will remain in effect.

SO ORDERED. October 16, 2026

Sarah L. Cave

The Hon. Sarah L. Cave
United States Magistrate Judge