UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBR Global, LLC, et al.,

Plaintiffs,

-v-

BFG 108, LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8381 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephone conference held today, October 28, 2026 (the "Conference"), the Court **ORDERS** as follows:

1. By **October 30, 2026**, the BFG Defendants[1] shall:
    a. File a letter, not to exceed 750 words, responding to Plaintiffs' letter contesting the BFG Defendants' privilege assertions at Dkt. No. 133 ("Plaintiffs' Letter"); and
    b. Provide to the Court for in camera review, via the Court's file share link, the exemplars identified in Plaintiffs' Letter. (See Dkt. No. 133 at 2–3 (the "Exemplars")). The Court will provide BFG's counsel with the file share link to upload the Exemplars.
2. By **November 2, 2026**, the parties may order a copy of the Conference transcript using the annexed form.

[1] The BFG Defendants are BFG 108, LLC, Banana Marketplace LLC d/b/a Banana Funding Group ("Banana"), Highmore Group Advisors, LLC, and Dipak Jogia.

3. By **November 30, 2026 at 5:00 p.m. ET**, the parties shall file a joint status letter, not to exceed 750 words, regarding the status of discovery and any discovery issues ripe for the Court's attention.

4. A telephonic discovery status conference is scheduled for **December 1, 2026** at **4:30 p.m. ET**, on the Court's conference line. The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
October 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL