UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBR GLOBAL, LLC, et al.,

Plaintiff,s

-v-

BFG 108, LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8381 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 140, the BFG Defendants[1] were required to provide to the court for in camera review, via the Court's file share link (the "File Share Link"), the exemplars identified by Plaintiff. (Dkt. No. 140 ¶ 1(b); see Dkt. Nos. 133 at 2–3 (the "Exemplars"); 141). To date, Plaintiff has not uploaded the Exemplars to the File Share Link.

As a one-time courtesy, the Court sua sponte **EXTENDS** the BFG Defendant's deadline to upload the Exemplars to the File Share Link up to and including **November 4, 2026**.

Dated: New York, New York
November 2, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[1] The BFG Defendants are BFG 108, LLC, Banana Marketplace LLC d/b/a Banana Funding Group, Highmore Group Advisors, LLC, and Dipak Jogia.