UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RBR GLOBAL, LLC, et al.,

Plaintiff,

-against-

BFG 108, LLC, et al.,

Defendant.

CIVIL ACTION NO.: 25 Civ. 8381 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 145 (the "Order"), Plaintiffs RBR Global, LLC and Visconti Mortgage Company, LLC (together, "RBR") and Defendants Harney Partners LLC and Tim Monahan (together, "H&M"), were required to file a joint status letter (the "Joint Letter") regarding their compliance with the Order by November 24, 2026. (Dkt. No. 145 at 24). To date, RBR and H&M have not filed the Joint Letter.

As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for RBR and H&M to file the Joint Letter up to and including **December 3, 2026**.

Dated: New York, New York
November 25, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**